THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH MEIGS, Appellant.

(Submitted June 2, 1930; decided June 10, 1930.)

*Arthur J. W. Hilly, Corporation Counsel (Arthur H. Kerns* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.